

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00038-CR
_____

BRANDY NICOLE LOPEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 144th District Court[1]
Bexar County, Texas
Trial Court No. 2017CR8035, Honorable Lorina I. Rummel, Presiding

June 14, 2019

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant, Brandy Nicole Lopez, appeals the trial court's judgment revoking her deferred adjudication community supervision, adjudicating her guilty of the offense of possession of a controlled substance,[2] and sentencing her to two years' confinement. Appellant's brief was originally due February 28, 2019, but was not filed. On March 27,

---

[1] By order of the Texas Supreme Court, this appeal was transferred to this Court from the Fourth Court of Appeals. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

[2] TEX. HEALTH & SAFETY CODE ANN. § 481.115(c) (West 2017) (third-degree felony).

2019, we abated the appeal and remanded the cause to the trial court to determine, among other things, whether appellant still desired to prosecute the appeal and why a timely appellate brief had not been filed on behalf of appellant. The trial court held a hearing on May 28, 2019. Both appellant and her counsel were present. At the hearing, appellant notified the trial court that she no longer wished to pursue the appeal. The trial court entered findings of fact and conclusions of law providing same.

Because appellant no longer desires to prosecute this appeal, we invoke Appellate Rule 2 to suspend operation of Appellate Rule 42.2(a), which requires that appellant and her attorney sign a motion to dismiss the appeal. *See* TEX. R. APP. P. 2, 42.2(a). Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.